IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW R. BALGORD,** * | |
| Plaintiff, * | |
| * | |
| v. * | CIVIL ACTION NO. 14-00431-KD-B |
| * | |
| **PLEASURE ISLAND LAND CO., INC.,** * | |
| *et al.,* * | |
| Defendants. * | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 30, 2014, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Plaintiff's motion to remand (Doc. 14) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Baldwin County, Alabama from whence it came.

**DONE** and **ORDERED** this the **14**th day of **January 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**